IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 26 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| NANCY SMITH | § | |
| | § | |
| v. | § | CASE NO. A 01CA 442 SS |
| BROADWING COMMUNICATIONS, | § | |
| INC. F/K/A IXC COMMUNICATIONS | § | |

**DEFENDANT BROADWING COMMUNICATIONS INC. F/K/A IXC COMMUNICATIONS' OBJECTIONS ON GROUNDS OTHER THAN FED. R. EVID 402 AND 403 TO THE ADMISSIBILITY OF PLAINTIFF'S TRIAL EXHIBITS**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Broadwing Communications, Inc. f/k/a IXC Communications (whose correct name is Broadwing Communications Inc.) ("Broadwing") and pursuant to Local Rule CV-16(e)(ii) and files its objections on grounds other than Fed. R. Evid. 402 and 403 to the admissibility of Plaintiff's trial exhibits and respectfully shows as follows:

1.  Plaintiff's Exhibit P-5 identified as "EEOC Affidavit executed by Plaintiff" is objected to as hearsay.

2.  Plaintiff's Exhibit P-11 identified as "Affidavit of Nancy Smith – Exhibit 2 of the Deposition of Nancy Smith" is objected to as hearsay.

3.  Plaintiff's Exhibit P-13 identified as "Correspondence from Plaintiff to Michelle Mergerle dated August 16, 2000" is objected to as hearsay.

4.  Plaintiff's Exhibit P-16 identified as "Texas Commission on Human Rights Intake Questionnaire regarding Plaintiff" is objected to as hearsay.

3136916v1 103934/00101

38

5.  Plaintiff's Exhibit P-19 identified as "Defendant's Response to Plaintiff's Request for Production" is objected to on the grounds that it does not sufficiently identify the documents intended to be used as exhibits.

WHEREFORE, PREMISES CONSIDERED, Defendant Broadwing Communications, Inc. f/k/a IXC Communications (whose correct name is Broadwing Communications Inc.) requests the Court to refuse any request by Plaintiff to admit the aforementioned Plaintiff's exhibits.

Respectfully submitted,

JACKSON WALKER L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
Facsimile: (512) 236-2002

By: _____
Matt Dow
State Bar No. 06066500
Thomas M. Lipovski
State Bar No. 00791121

ATTORNEYS FOR BROADWING COMMUNICATIONS, INC. F/K/A IXC COMMUNICATIONS

## CERTIFICATE SERVICE

This is to certify that on the 26th day of April, 2002, a true and correct copy of Defendant Broadwing Communications Inc. f/k/a IXC Communications' Objections on Grounds Other than Fed. R. Evid 402 and 403 to the Admissibility of Plaintiff's Trial Exhibits has been hand delivered to Scott F. DeShazo, Herman, Howry & Breen, L.L.P., 1900 Pearl Street, Austin, Texas 78705.

_____
Thomas M. Lipovski

3136916v1 103934/00101