Filed 5-6-02

Clerk, U. S. District Court
Western District of Texas

By _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Nancy Smith                 §
                            §
                            §   CIVIL NO. A-01-CA-442-SS
vs.                         §
                            §
Broadwing                   §
                            §

DEFENDANT'S PEREMPTORY CHALLENGES

1. 109 Floyd, Kenneth
2. 86 Fuentes, Regina
3. 101 McDaniel, Jennifer
4. 117 Rupley II, Jeffrey

_____
ATTORNEY FOR DEFENDANT

Matt D__
_____
ATTORNEY FOR DEFENDANT

_____
ATTORNEY FOR DEFENDANT

44